UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONY GERMAN,

                Plaintiff,

v.

ANTHONY BLINKEN, *Secretary of the Department of State New York Passport Agency*,

                Defendant.

**ORDER**

21 Civ. 4318 (ER)

RAMOS, D.J.:

    Plaintiff, proceeding *pro se*, filed the instant suit on May 13, 2021. Doc. 1. That same day, Plaintiff also filed a proposed order to show cause on why Defendant should not be directed to issue Plaintiff a U.S. passport. Doc. 2. On May 28, 2021, the Court issued an Order to Show Cause regarding why the Court should not enter an order compelling Defendant to issue Plaintiff's U.S. passport, setting a hearing for June 18, 2021. Doc. 4.

    In light of the Court's closure in observance of Juneteenth National Independence Day, the hearing is adjourned to June 23, 2021 at 4:00 p.m. The conference shall take place in the Thurgood Marshall U.S. Courthouse, 40 Foley Square, Courtroom 619, New York, NY 10007.

    It is further ORDERED that Plaintiff must serve a copy of this Order upon Defendant or his attorney by first-class mail with verification of mailing, or via personal service, on or before June 21, 2021. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

    It is SO ORDERED.

Dated:   June 17, 2021
            New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.