UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONY GERMAN,

                Petitioner,

– against –

ANTHONY BLINKEN,

                Respondent.

**ORDER**

21 Civ. 4318 (ER)

Ramos, D.J.:

       The Court held a pre-motion conference in this matter on December 3, 2021 in which it granted Respondent leave to file a motion to dismiss by December 22, 2021, with Petitioner German's response due January 19, 2021.  Respondent filed a motion to dismiss on December 22, 2021.  Doc. 13.  As of this date, Petitioner German has not submitted a response.  German is therefore directed to submit a response by April 8, 2022.  Failure to do so may result in adverse action, including dismissal for failure to prosecute.

       The Clerk of Court is respectfully requested to mail a copy of this order to Petitioner German.

       SO ORDERED.

Dated:   March 11, 2022
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.