UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JHONY GERMAN,

                Petitioner,

– *against* –

ANTHONY BLINKEN,

                Respondent.

**ORDER**

21 Civ. 4318 (ER)

Ramos, D.J.:

    Respondent Anthony Blinken filed a motion to dismiss in this action on December 22, 2021. Doc. 13. Petitioner Jhony German's response was due January 19, 2021. After German failed to submit a response by the deadline, the Court ordered German to submit a response by April 8, 2022 and warned that failure to do so could result in adverse action, including dismissal for failure to prosecute. Doc. 20. As of this date, German has not responded. German is therefore directed to submit a response by May 19, 2022. Failure to do so will result in adverse action, including dismissal for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the petitioner.

    SO ORDERED.

Dated:   April 19, 2022
             New York, New York

                                              Edgardo Ramos, U.S.D.J.